## Nathaniel Fowle *versus* Samuel W. Kirkland

In this case it was *resolved*, that before the action of account was abolished by the Revised Stat. *c.* 118, § 43, such an action was maintainable by a goldsmith and retailer of wares appertaining to that trade, against his former partner in the same business, who, after the dissolution of the partnership, became the receiver of moneys coming to their common profit, to render an account when requested.

It was also *resolved*, that where an action of account was commenced before that form of action was abolished by the Revised Statutes, it might be prosecuted to final judgment after they had gone into operation, the rights which the plaintiff acquired upon the commencement of the action being saved by the Revised Stat. *c.* 146, § 5.

*Huntington*, for the defendant.

*Strong* and *Forbes*, for the plaintiff.